IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**SOPHIA JOANNE GIBBONS,**

    **Plaintiff,**

v. // CIVIL ACTION NO. 1:06CV75
(Judge Keeley)

**UNITED STATES OF AMERICA,**
**ET AL.**

    **Defendants.**

### ORDER DENYING PLAINTIFF'S MOTION FOR REHEARING

For the reasons stated in this Court's July 12, 2007 Order Affirming the Magistrate Judge's Report and Recommendation, this Court **DENIES** Plaintiff's Motion For Rehearing (doc. no. 17), **DISMISSES** this case **WITHOUT PREJUDICE** due to the failure of the Plaintiff to pay filing fees, and orders that this case be **STRICKEN** from this Court's docket.

The Clerk is directed to mail a copy of this Order to the pro se plaintiff, certified mail, return receipt requested.

Dated: September 24, 2007.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE